FIRST AMERICAN COMMERCIAL BANCORP, INC., Respondent, v SAATCHI & SAATCHI ROWLAND, INC. (Formerly SAATCHI & SAATCHI BUSINESS COMMUNICATIONS, INC.), et al., Appellants. (Appeal No. 2.) [869 NYS2d 846] Present—Hurlbutt, J.P., Martoche, Smith, Green and Pine, JJ.

In the Matter of JOSEPH VIDAL, Petitioner, v DONALD SELSKY, Director, Special Housing Unit, New York State Department of Correctional Services, Respondent. [869 NYS2d 847]— Present—Hurlbutt, J.P., Smith, Centra, Fahey and Gorski, JJ.

In the Matter of IROQUOIS NURSING HOME, INC., Respondent, v NEW YORK STATE DIVISION OF HUMAN RIGHTS, Respondent-Petitioner, et al., Respondent. [869 NYS2d 847] Present—Hurlbutt, J.P., Smith, Centra, Fahey and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID J. LEE, Appellant. [869 NYS2d 847] Present—Scudder, P.J., Centra, Fahey, Peradotto and Green, JJ.

In the Matter of SHANNON D. WILDER, Appellant, v THOMAS F. WILDER, Respondent. [869 NYS2d 847] Present—Centra, J.P., Lunn, Peradotto, Green and Pine, JJ.

ARTHUR R. POBLOCKI, Individually and as Administrator of the Estate of EILEEN M. POBLOCKI, Deceased, Plaintiff, and HEALTHNOW NEW YORK, INC., Intervenor-Respondent, v CARMEN TODORO, M.D., et al., Appellants. [869 NYS2d 847] Present—Centra, J.P., Lunn, Peradotto, Green and Pine, JJ.